E-filing

FILED

JAN 19 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BRAUN and ANDREA BRAUN,<br><br>    Plaintiffs,<br><br>v.<br><br>GALE NORTON, et al.,<br><br>    Defendants.<br>_____/<br>THE UNITED STATES OF AMERICA,<br><br>    Defendant and Counter-Claimant,<br><br>v.<br><br>OSCAR BRAUN and ANDREA BRAUN,<br><br>    Plaintiffs and Counter-Defendants.<br>_____/ | No. C-05-03777-MJJ<br><br>**ORDER TO SHOW CAUSE** |

    The Court has received no opposition or statement of non-opposition from Plaintiffs to Defendants' Motion to Dismiss (Docket No. 8), which is scheduled for hearing on January 31, 2006. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. This hearing is hereby **VACATED**.

    Plaintiffs are hereby **ORDERED** to show good cause in writing, by January 30, 2006, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should

1 be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing
2 Order for civil cases. Failure to respond to this order shall result in the imposition of sanctions,
3 which may include granting the motion.

**IT IS SO ORDERED.**

Dated: January 19, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2