IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAUN ET AL, | No. C05-03777 MJJ |
| Plaintiff, | **ORDER** |
| v. | |
| NORTON ET AL, | |
| Defendant. | |

On January 27, 2006, the Court issued an order (Docket No. 30) granting Plaintiff Motion for Leave to Amend. Any such amendment must be filed by February 27, 2006.

**IT IS SO ORDERED.**

Dated: January 31, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE