JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748

Attorneys for Defendants
and Counter-Complainant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSCAR BRAUN and ANDREA BRAUN,<br><br>　　　　Plaintiffs,<br>v.<br><br>GALE NORTON, et al.<br><br>　　　　Defendants.<br>_____<br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant and<br>　　　　Counter-Claimant,<br>v.<br><br>OSCAR BRAUN and ANDREA BRAUN,<br><br>　　　　Plaintiffs and<br>　　　　Counter-Defendants.<br>_____ | CIVIL NO: C 05-3777 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 7, 2008 (Current)<br>　　　　March 28, 2008 (Proposed)<br>Time: 8:30 a.m. |

The Clerk's Notice of February 19, 2008 informed the parties that the Court has scheduled a case management conference for Friday, March 7, 2008 at 8:30 a.m., with directions to file a case management statement on or before February 29, 2008.

//

Counsel for the defendant and counter-claimant has informed counsel for the plaintiff and counter-defendant of an existing schedule conflict for March 7, 2008, and requested counsel's agreement to re-schedule the case management conference for another date.

IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the case management conference set for March 7, 2008 may be continued to March 28, 2008, at 8:30 a.m., upon approval by the Court.

IT IS FURTHER STIPULATED that the parties will file the case management statement on or before March 21, 2008.

DATED: February 26, 2008     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for the United States

DATED: February 26, 2008     OFFICE OF FRANK A. IWAMA

/s/
_____
FRANK A. IWAMA

Attorney for the Plaintiffs and
Counter-Defendants

**ORDER**

IT IS SO ORDERED,

Dated: March 3, 2008

_____
CHARLES R. BREYER
United States

IT IS SO ORDERED
Judge Charles R. Breyer