JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
    Assistant United States Attorney
    450 Golden Gate Avenue, 10th Floor
    P.O. Box 36055
    San Francisco, CA 94102-3495
    Telephone:  (415) 436-7200
    Facsimile:   (415) 436-6748

Attorneys for Defendants
and Counter-Complainants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSCAR BRAUN and ANDREA BRAUN, | CIVIL NO: C 05-3777  CRB |
| Plaintiffs, | |
| v. | |
| GALE NORTON, et al. | |
| Defendants. | **ORDER GRANTING THE UNITED STATES AN AWARD OF COSTS AND EXPENSES** |
| THE UNITED STATES OF AMERICA, | (Proposed) |
| Defendant and Counter-Claimant, | |
| v. | |
| OSCAR BRAUN and ANDREA BRAUN, | |
| Plaintiffs and Counter-Defendants. | |

    This matter came on for hearing this date on the request of the United States of America ("United States") for an award of damages and costs, pursuant to the Partial Summary Judgment

//

1  entered on February 8, 2006 and the Writ of Assistance entered on April 27, 2006, and the Court
2  being fully apprised in the premises,
3      IT IS HEREBY ORDERED, that the United States's request for an award of costs and
4  expenses is granted, and the counter- defendants are ordered to pay to the United States Marshals
5  Service the sum of $25,188.36, as reimbursement for the costs and expenses incurred to carry out
6  the Writ of Assistance in this case, and
7      IT IS FURTHER ORDERED, that the United States' request for damages for the defendants'
8  trespass on federal lands is denied.

9  DATED: April_8_, 2008

11  _____
   CHARLES R. BREYER
12 United S...



**ORDER GRANTING U.S. AN AWARD OF DAMAGES AND COSTS**
*Braun v. U.S.* No. C 05-3777 MJJ                                                                           -2-